IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JENNIFER JACKSON                                                                                    PLAINTIFF

vs.                                          Civil No. 1:10-cv-01050

MICHAEL J. ASTRUE                                                                                 DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 14th day of April, 2011.**

                                                                            s/ Barry A. Bryant
                                                                            HON. BARRY A. BRYANT
                                                                            U. S. MAGISTRATE JUDGE